UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUILLERMO LOPEZ,<br>Petitioner,<br>v.<br>LINDA SANDERS (Warden),<br>Respondent. | Case No. CV 12-00731 MMM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: FEBRUARY 21, 2012

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE