[FILED STAMPS: ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, FEB 23 2012, CENTRAL DISTRICT OF CALIFORNIA; FILED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, FEB 23 2012, CENTRAL DISTRICT OF CALIFORNIA, BY Shy DEPUTY]

ENTER / JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUILLERMO LOPEZ,<br>　　　　Petitioner,<br>　　v.<br>LINDA SANDERS (Warden),<br>　　　　Respondent. | Case No. CV 12-00731 MMM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: _FEBRUARY 21_, 2012

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE